THE STATE EX REL. MARTINELLI, APPELLANT, *v.* CITY OF
CLEVELAND POLICE DEPARTMENT ET AL., APPELLEES.

[Cite as *State ex rel. Martinelli v. Cleveland
Police Dept.* (1993), 66 Ohio St.3d 524.]

(No. 93–585—Submitted May 25, 1993—Decided June 23, 1993.)

---

*Joseph P. Martinelli, pro se.*

*Danny R. Williams,* Director of Law, and *Joseph J. Jerse,* Assistant
Director of Law, for appellees.

---

The cause is affirmed for the reasons stated in the court of appeals' opinion.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and
PFEIFER, JJ., concur.